**DeVinche ALBRITTON, Plaintiff—Appellant,**

v.

**Thomas S. WILLIAMS, Sergeant, Virginia Beach Sheriff's Office; Edward C. Ronan, Master Deputy, Virginia Beach Sheriff's Office, Defendants—Appellees,**

and

Paul Lanteigne, Sheriff; Virginia Beach Sheriff's Office; Corporal Knox, Virginia Beach Sheriff's Office; Corporal Randolph, Virginia Beach Sheriff's Office; Pamella K. Busse, Deputy, Virginia Beach Sheriff's Office; Eric M. Calhoun, Deputy, Virginia Beach Sheriff's Office; B. Stromer, Deputy, Virginia Beach Sheriff's Office, Defendants.

No. 06–6411.

United States Court of Appeals, Fourth Circuit.

Submitted: Aug. 31, 2006.

Decided: Sept. 6, 2006.

DeVinche Albritton, Appellant Pro Se. Jeff Wayne Rosen, Lisa Ehrich, Pender & Coward, P.C., Virginia Beach, Virginia, for Appellees.

Before MICHAEL, MOTZ, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

DeVinche Albritton appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Albritton v. Williams,* No. 2:05–cv–00344–JBF (E.D.Va. Feb. 28, 2006). We deny Albritton's motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*